UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGG VIGLIOTTI,

              Plaintiff,

-against-

LITTLE MUMBAI MARKET INC.,

              Defendant.

**ORDER**

24-CV-01602 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on March 1, 2024. (Doc. 1). On March 11, 2024, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant (Doc. 7), and, upon Plaintiff's application, a Clerk's Certificate of Default was entered against Defendant on April 12, 2024 (Doc. 10). There has been no activity on the docket since the filing of the Clerk's Certificate of Default.

By June 14, 2024, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why it should not pursue a default judgment against Defendant.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       May 15, 2024

                                                      _____
                                                      Philip M. Halpern
                                                      United States District Judge