**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GREGG VIGLIOTTI,

                    Plaintiff,

                                  24 **CIVIL** 1602 (PMH)

         -against-                          **DEFAULT JUDGMENT**

LITTLE MUMBAI MARKET INC.,

                    Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated

in the Court's Memorandum Opinion and Order dated August 27, 2024, Plaintiff's motion for a

default judgment is GRANTED. Specifically, the motion is granted to the extent Plaintiff is

awarded: (1) statutory damages in the amount of $9,925.00; (2) reasonable attorneys' fees in the

amount of $1,190.00; (3) costs in the amount of $460.00; and (4) post-judgment interest as

calculated under 28 U.S.C. § 1961; accordingly, the case is closed.

**DATED**: New York, New York
           August 27, 2024

                                **DANIEL ORTIZ**
                          _____
                           **Acting Clerk of Court**

                            K. mango
          **BY:** _____
                                **Deputy Clerk**